IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10400
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

D'RON LAMAR HARMON, also known
as Dron Lamar Harmon,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:98-CR-169-1-A
- - - - - - - - - -

November 15, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

D'Ron Lamar Harmon appeals his guilty-plea conviction of possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). Harmon argues that the district court erred in denying his motion to suppress the cocaine that police officers seized from his person at Dallas-Forth Worth International Airport.

We have reviewed the record and the briefs of the parties and conclude that the district court did not err in denying

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Harmon's motion to suppress evidence.  See United States v. Chavez-Villarreal, 3 F.3d 124, 126 (5th Cir. 1993).  The district court did not clearly err in determining that, under the totality of the circumstances, the testimony of a police officer who stated that Harmon had consented to the search of his person was more credible that of Harmon, who stated that he did not give consent.  See United States v. Garza, 118 F.3d 278, 283 (5th Cir. 1997) (this court will not second-guess district court's credibility determinations), cert. denied, 118 S. Ct. 699 (1998); United States v. Kelley, 981 F.2d 1464, 1470 (5th Cir. 1993) (voluntary consent can validate warrantless search).

The judgment of the district court is AFFIRMED.